**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____ Chapter 11 _____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Memstar USA, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

81-4616644

**4. Debtor's address**

**Principal place of business**

3655 Pollok Drive
Number        Street

Conroe              TX      77303
City                      State    ZIP Code

Montgomery County
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                      State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                      State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Debtor  Memstar USA, Inc.
_____
Name

Case number (if known)_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
>
> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
>
> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
>
> ☐ A plan is being filed with this petition.
>
> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
>
> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
>
> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY

                District _____ When _____ Case number _____
                                    MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

                District _____ When _____
                                                              MM / DD / YYYY

                Case number, if known _____

---

Debtor   Memstar USA, Inc.
_____   Case number (if known) _____
         Name

**11. Why is the case filed in *this district*?**   Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                          State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Memstar USA, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/07/2025
          MM / DD / YYYY

✘ /s/ Bhasker Dave _____         Bhasker Dave _____
Signature of authorized representative of debtor          Printed name

Title  CEO and Board Member _____

**18. Signature of attorney**

✘ /s/ *Michael J. Durrschmidt* _____     Date   02/07/2025
Signature of attorney for debtor                              MM / DD / YYYY

Michael J. Durrschmidt _____
Printed name

Dykema Gossett PLLC _____
Firm name

5 Houston Center 1401 McKinney Street, Suite 1625 _____
Number          Street

Houston _____          TX          77010 _____
City                                State        ZIP Code

713-904-6900 _____          mdurrschmidt@Dykema.com _____
Contact phone                           Email address

06287650 _____          TX _____
Bar number                           State

---

## MEMSTAR USA INC

## WRITTEN CONSENT OF BOARD OF DIRECTOR

### January 30, 2025

The undersigned, being all of the members of the Board of Directors (the "**Directors**") of Memstar USA Inc, a Delaware corporation (the "**Corporation**"), in lieu of holding a special meeting of the Board of Directors of the Corporation, hereby takes the following actions and adopt the following resolutions (i) by written consent pursuant to Section 141(f) of the General Corporation Law of the State of Delaware and the Section 3.10 of the Bylaws of the Corporation and (ii) in accordance with the actions authorized under Subchapter V of the Delaware General Corporation Law, as amended.

### *Background Information and Facts*

1.      In the first quarter of 2024, the Board of Directors, in consultation with its sole stockholder, Memstar Holding Pte Ltd., a Singaporean private company ("**MHPL**"), and the majority stockholder of MHPL, CITIC Envirotech Pte. Ltd., the Corporation initiated a process to sell substantially all of the assets of the Corporation to a qualified buyer (the "**Sale Process**").

2.      The Sale Process produced bona fide offers from two qualified buyers. Although the Corporation was unable to enter into a definitive purchase and sale agreement with either of the potential buyers, both remain interested in potentially purchasing the Corporation's assets.

3.      Commencing in the third quarter of 2024 and continuing to the present, the Corporation has been unsuccessful in generating sufficient sales and cashflow to support its business operations and discharge its debts and obligations under their current terms.

*4.*      Senior management of the Corporation and the Board of Directors have explored all available options and the Board of Directors has determined it is in the best interests of the Corporation to reorganize the Corporation under Chapter 11 of the United States Bankruptcy Code.

### *Authorization of Filing of Chapter 11 Petition and Plan of Reorganization*

NOW, THEREFORE, BE IT RESOLVED that, the Corporation be and hereby is authorized and directed to file a petition and plan of reorganization under and in accordance with Chapter 11 of the United States Bankruptcy Code, the regulations promulgated thereunder and the Federal Rules of Bankruptcy Procedure (the "**Chapter 11 Petition**"); and further

RESOLVED, that the Corporation be and hereby is authorized and directed to engage Michael Durrschmidt with Dykema Gossett PLLC (collectively, "*Bankruptcy Counsel*") to represent and advise the Corporation with respect to the Chapter 11 Petition and all matters related thereto pursuant to the form of Bankruptcy Counsel's engagement letter and to pay the $50,000 retainer thereunder; and further

RESOLVED, that Bhasker Davé, the Chief Executive Officer of the Corporation be, and he hereby is, authorized to (i) take all such actions relating to the Chapter 11 Petition, as advised by Bankruptcy Counsel, (ii) execute and deliver any and all documents, instruments, affidavits, certificates and any other documents in the name and on behalf of the Corporation relating to or otherwise required in connection with the Chapter 11 Petition, and (iii) pay all such fees and expenses of the Corporation, as required, necessary, proper or advisable in connection with the Chapter 11 Petition, subject to applicable requirements of the United States Bankruptcy Code, the regulations promulgated thereunder.

The actions taken by this Written Consent shall have the same force and effect as if taken at a special meeting of the Directors duly called and constituted pursuant to the Bylaws of the Corporation and the laws of the State of Delaware.

IN WITNESS WHEREOF, the Directors have executed this Written Consent, effective as of the date first above written.

_____
Brett Andrews, Director

_____
Bhasker Davé, Director

_____
Hailin Ge, Director

2

# EXHIBIT A

## Corporate Stock Register

### MEMSTAR USA INC
1,500 authorized shares of voting common stock,
No par value per share

| Date | Stockholder Name | Address | # of Shares | Price per share |
|------|------------------|---------|-------------|-----------------|
| 12/1/2016 | Memstar Holding PTE LTD | 10 Science Park Road #01-01 The Alpha Singapore 117684 | 1 | $1.00 (USD) |
| [1/19/2024] | Memstar Holding PTE LTD | 10 Science Park Road #01-01 The Alpha Singapore 117684 | 1,499 | $10,140.092728 USD |

3

**Fill in this information to identify the case:**

Debtor name ___Memstar USA, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ....................................................

   $ 7,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..................................................

   $ 1,212,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................

   $ 8,712,000.00

---

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ 3,724,018.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

   $ 25,891.56

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................................

   **+**$ 6,797,699.18

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

   $ 10,547,608.85

---

**Fill in this information to identify the case:**

Debtor name ___Memstar USA, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Citic Envirotech Private Ltd.<br>#01-01 The Alpha, 10, Science Park Road`<br>Singapore, 117684 | | Shareholder | | | | 3,963,221.00 |
| 2 | Citic Envirotech Private Ltd.<br>#01-01 The Alpha, 10, Science Park Road`<br>Singapore, Singapore, 117684 | | Building Loan | | | | 617,677.00 |
| 3 | Bhasker Dave<br>2441 W. Bramlet Drive<br>Conroe, TX, 77304 | | Unpaid Wages | | | | 536,139.00 |
| 4 | Aquariaus Membrance<br>2441 W. Bramlet Drive<br>Conroe, TX, 77304 | | Shareholder | | | | 305,994.00 |
| 5 | Brett Andrews<br>10472 River Ridge Lane<br>Conroe, TX, 77304 | | Unpaid Wages | | | | 292,605.00 |
| 6 | Tentok Corporation<br>264 Tenma Fuji<br>Shizuoka, Japan, 419-0205 | 81-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 | Suppliers or Vendors | | | | 202,319.41 |
| 7 | Hisao Hachisuka<br>3720 College Park Dr Apt 13306<br>Conroe, TX, 77384 | | Unpaid Wages | | | | 128,692.00 |
| 8 | Hailin Ge<br>Block 11, #05-26, Skywoods, Dairy Farm Heights<br>Singapore, Singapore, 677661 | | Shareholders | | | | 122,397.00 |

Debtor **Memstar USA, Inc.**
_____
Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | YuCheng Lin 65 Andrew Road Singapore, Singapore, 299983 | | Shareholder | | | | 122,397.00 |
| 10 | Bhasker Dave 2441 W. Bramlet Drive Conroe, TX, 77304 | | Unpaid Expenses | | | | 91,000.00 |
| 11 | BASF Corporation 29492 Network Place Chicago, IL, 60673 | 734-324-6000 | Suppliers or Vendors | | | | 81,540.00 |
| 12 | Delstar Technologies PO Box 74008389 Chicago, IL, 60674 | | Suppliers or Vendors | | | | 75,000.00 |
| 13 | James Casey Butler 4123 Bassingham Dr Humble, TX, 77339 | | Unpaid Wages | | | | 30,000.00 |
| 14 | Univar Solutions 62190 Collections Center Drive Chicago, IL, 60693 | 800-531-7106 johnny.abrego@univarsolutions.com | Suppliers or Vendors | | | | 25,215.10 |
| 15 | Brenntag Southwest, Inc | | | | | | 25,160.00 |
| 16 | John Randall 1958 Briar Grove Dr Conroe, TX, 77301 | | Unpaid Wages | | | | 25,000.00 |
| 17 | Clyde Williams 1910 Willow Wisp Lane Spring, TX, 77388 | | Unpaid Wages | | | | 25,000.00 |
| 18 | Brenntag Southwest Inc PO Box 843376 Dallas, TX, 75284 | 713-330-8570 bswhoustonCS@brenntag.com | Suppliers or Vendors | | | | 19,807.00 |
| 19 | Miki Sangyo (USA) Inc. 400 Interplace Parkway Parsippany, NJ, 07054 | 973-263-4111 ytakayama@mikisangyo.com | Suppliers or Vendors | | | | 18,920.00 |
| 20 | CCT Environmental LLC PO Box 1456 La Porte, TX, 77572 | | Suppliers or Vendors | | | | 18,908.13 |

**Fill in this information to identify the case:**

Debtor name _Memstar USA, Inc._____

United States Bankruptcy Court for the: __Southern District of Texas___

Case number (If known): _____

◯ Check if this is an amended filing

Official Form 206A/B
========================

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ◯ No. Go to Part 2.
   ◉ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $302,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ____ ____ ____ ____ | $_____ |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
|---|---|
| 4.2. _____ | $_____ |

5. **Total of Part 1**  $302,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ◉ No. Go to Part 3.
   ◯ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. _____ | $_____ |
|---|---|
| 7.2. _____ | $_____ |

Debtor ___Memstar USA, Inc._____     Case number (*if known*)_____
               Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $_____

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

◯ No. Go to Part 4.

◉ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **11. Accounts receivable** | | | | |
| 11a. 90 days old or less: | 137,000.00<br>face amount | – | 0.00<br>doubtful or uncollectible accounts | = ........è   $ 137,000.00 |
| 11b. Over 90 days old: | 500,000.00<br>face amount | – | 0.00<br>doubtful or uncollectible accounts | = ........è   $ 500,000.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $ 637,000.00

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

◯ No. Go to Part 5.

◯ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: ............................................ % of ownership: | | |
| 15.1._____ _____% | _____ | $_____ |
| 15.2._____ _____% | _____ | $_____ |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $_____

---

Debtor   Memstar USA, Inc.
_____
Name

Case number (if known)_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.
  ☉ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>Raw Materials | ___ MM / DD / YYYY | $_____ | _____ | 30,000.00<br>$_____ |
| 20. **Work in progress**<br>_____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale**<br>_____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies**<br>_____ | ___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

  Add lines 19 through 22. Copy the total to line 84.

  | 30,000.00<br>$_____ |

24. **Is any of the property listed in Part 5 perishable?**

  ☉ No
  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No
  ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☉ No
  ☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☐ No. Go to Part 7.
  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested**<br>_____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish<br>_____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles)<br>_____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>_____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6**<br> | $_____ | | $_____ |

---

Debtor     Memstar USA, Inc.
                  Name                                                                    Case number (if known)_____

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                   $_____

**34. Is the debtor a member of an agricultural cooperative?**

⚬ No

⚬ Yes. Is any of the debtor's property stored at the cooperative?

    ⚬ No

    ⚬ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

⚬ No

⚬ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

⚬ No

⚬ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

⚬ No

⚬ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

⚬ No. Go to Part 8.

⦿ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** Office Furniture | $_____ | _____ | $ 25,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | . $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                   $ 25,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

⚬ No

⦿ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

⦿ No

⚬ Yes

Debtor   Memstar USA, Inc.
_____
Name

Case number (if known)_____

---

**Part 8:   Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

◻ No. Go to Part 9.

◉ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 Forklift | $ 5,397.32 | | $ 2,000.00 |
| 47.2 Forklift | $ 3,937.50 | | $ 2,000.00 |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ _____ | _____ | $ _____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 4,000.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

◉ No

◻ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

◉ No

◻ Yes

---

Debtor  Memstar USA, Inc.
        _____
        Name

Case number (*if known*)_____

---

| **Part 9:** | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.

  ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1  3655 Pollock Drive, Conroe, TX 77303<br>10 acre of land, 41,000 sq. ft. plant and 4,500 sq. ft. office | | $_____ | _____ | $ 7,500,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                             $ 7,500,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

  ☑ No

  ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets**<br>Formation/Composition of Membrane | $_____ | Est | $ 100,000.00 |
| **61. Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

                                                           $ 100,000.00

Debtor     Memstar USA, Inc.
           _____     Case number (if known)_____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_____     0.00     −     0.00     = →    $ 0.00
                                  Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
City of Conroe- Incentive _____     Tax year  2024     $ 114,000.00
_____     Tax year _____     $_____
_____     Tax year _____     $_____

73. **Interests in insurance policies or annuities**

_____     $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     $_____

Nature of claim     _____
Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $_____

Nature of claim     _____
Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____     $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____     $_____
_____     $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.     $ 114,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  Memstar USA, Inc.
_____
Name

Case number *(if known)*_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 302,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 637,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 4,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................. è | | $ 7,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 114,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 1,212,000.00 | 91b. + $ 7,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................... | 8,712,000.00 | $ 8,712,000.00 |

**Memstar USA Inc.**

| 资产名称<br>Asset Description | 规格<br>Model / Specification | Cost<br>原值 (美元)<br>Cost (USD)   -<br>2024.09.30 | Net Book Value<br>净值 (美元)<br>Net Book Value (USD)<br>- 2024.09.30 |
|---|---|---|---|
| Building - 1st progress | Urban Construction Southwest Inc | 76,013.10 | 50,906.34 |
| Building - 2nd progress | Urban Construction Southwest Inc | 85,260.60 | 57,099.09 |
| Building - 3rd progress | Urban Construction Southwest Inc | 672,039.00 | 450,066.36 |
| Building - 4th progress | Urban Construction Southwest Inc | 845,460.00 | 566,207.22 |
| Building - 5th progress | Urban Construction Southwest Inc | 1,496,192.40 | 1,002,004.68 |
| Building - 6th progress | Urban Construction Southwest Inc | 667,436.40 | 446,984.31 |
| Building - 7th progress | Urban Construction Southwest Inc | 519,388.50 | 347,835.99 |
|  |  |  |  |
| Forklift | Equus Ferrum | 7,500.00 | 3,937.50 |
| Office equipment / furniture | Work Space Resource | 10,150.00 | 5,328.94 |
| Office equipment / furniture | Work Space Resource | 11,824.75 | 6,207.97 |
| Eqt - Aztech | Aztech Corpn | 41,097.71 | 21,576.35 |
| Ametek Brookfield Viscosity Meter Laboratory Equipment | Ametek Brookfield | 3,799.03 | 1,994.41 |
| Water Surples RO system | Water Surples | 16,270.00 | 8,541.94 |
| Water Surples RO system | Water Surples | -3,429.00 | -1,799.94 |
| Ram Mechnical Equt installer for mix room & machine | Ram Mechnical | 32,500.00 | 17,062.69 |
| Hoists for factory | Northern Tool | 3,842.38 | 2,017.24 |
| Shimadzu lab eqt | Shimadzu Lab | 1,061.79 | 557.34 |
| Cole palmer for laboratory eqt | Cole Palmer | 4,984.79 | 2,617.01 |
| CED Industrial electrical supply for grounding grid | Ced Industrial | 38,107.23 | 20,006.31 |
| CED Industrial electrical supply for grounding grid | Ced Industrial | 36,315.57 | 19,065.66 |
| Cold shot chillers for mix room | Cold Shot | 17,624.72 | 9,253.13 |
| Cold Shot Chiller | Cold Shot | 17,408.23 | 9,139.24 |
| North Houston - hydrogen fittings | North Houston | 2,233.37 | 1,172.60 |
| Forklift | Daily Equipment | 10,280.51 | 5,397.32 |
| 50% Deposit for Roll Handling Forklift and Attachements | Daily Equipment | 10,280.50 | 5,397.31 |
| Capital sign - signages | Capital Sign | 1,125.00 | 590.34 |
| Capital sign - signages | Capital Sign | 5,304.96 | 2,784.99 |
| Capital sign - signages | Capital Sign | 4,750.00 | 2,493.94 |
| Atlas Copco Compressor - Equipment for 3655 Pollok Drive | Atlas Copco Compressor LLC | 4,113.94 | 2,159.98 |
| Atlas Copco Compressor - Equipment for 3655 Pollok Drive | Atlas Copco Compressor LLC | 37,044.23 | 19,448.33 |
| Wuxi Advance - Casting Line | Wuxi Advance Technologies | 4,830,000.00 | 2,535,750.00 |
| Goes Heating : Boiler for Plant | Goes Heating System | 43,338.69 | 22,752.57 |
| Goes Heating 50% bal for boiler | Goes Heating System | 43,338.68 | 22,752.56 |
| ISRA surface vision camera | ISRA Surface Vision | 35,000.00 | 18,374.81 |
| ISRA surface vision camera | ISRA Surface Vision | 44,750.00 | 23,493.56 |
| Tann Corpn : RTO pollution control eqt | Tann Corpn | 115,920.00 | 60,858.00 |
| Tann Corpn : RTO pollution control eqt | Tann Corpn | 115,920.00 | 60,858.00 |
| Tann Corpn : RTO pollution control eqt | Tann Corpn | 115,920.00 | 60,858.00 |
| Oltremare - RO test cell | Oltremare - Ro | 23,611.21 | 12,395.89 |
| Oltremare - RO test cell | Oltremare - Ro | 24,870.13 | 13,056.88 |
| Coating Tech slot dies | Coating Tech Slot Dies | 21,240.90 | 11,151.33 |

| | | | |
|---|---|---|---|
| Coating Tech slot dies | Coating Tech Slot Dies | 49,562.10 | 26,019.96 |
| Ostekk : phone sys | Ostekk Corpn | 2,500.00 | 1,312.69 |
| Ostekk : phone sys | Ostekk Corpn | 3,577.16 | 1,877.99 |
| Woodgroup : Engrg svcs for utilities and mixing room | Woodgroup Corpn | 126,941.99 | 66,644.54 |
| Woodgroup : Engrg svcs for utilities and mixing room | Woodgroup Corpn | 110,248.73 | 57,880.55 |
| Delta Systems for heat control | Delta Corpn | 4,534.94 | 2,380.91 |
| Mesa alarm for alarm installation | Mesa Corpn | 3,166.31 | 1,662.08 |
| HMC for explosion proof motor for mix tank | HMC Corpn | 2,327.38 | 1,222.15 |
| Lab mechanical for lab benches | Lab Corpn | 4,257.47 | 2,235.11 |
| Wingo downpayment on mix room plc control | Wingo Corpn | 25,771.94 | 13,530.05 |
| Coslow Co for installation of trench drain for waste water | Coslow Corpn | 4,871.25 | 2,557.62 |
| Savon Fence - downpayment for fencing | Savon Corpn | 4,500.00 | 2,362.50 |
| Weigh Tech for weigh cells for mix tank | Weigh Corpn | 7,593.95 | 3,986.99 |
| L&S Fabricators for chemical tote stand | L&S Corpn | 4,250.00 | 2,231.06 |
| Fuji FUD-1 M12 concentration analyser | MGN Intl Inc | 16,060.00 | 8,431.69 |
| Vortex : test cell bench | Vortex Engineering LLC | 20,000.00 | 10,499.81 |
| Vortex : sliting machine | Vortex Engineering LLC | 70,650.00 | 37,091.25 |
| Vortex : sliting machine | Vortex Engineering LLC | 42,390.00 | 22,254.75 |
| Vortex : test cell bench | Vortex Engineering LLC | 12,000.00 | 6,300.00 |
| US Treasury - Refund of excess duties paid on casting machine importation | | -53,146.91 | -27,902.18 |
| Allied Fire - Casting and RO Machine fire system final payment | Allied Corpn | 5,196.00 | 2,727.90 |
| Vortex - Final payment for UF test cell for QC laboratory | Vortex Corpn | 11,100.00 | 5,827.50 |
| Vortex - Membrane slitting machine final payment | Vortex Corpn | 39,210.75 | 20,585.43 |
| Atlas Copco - Air knife compressor for RO machine | Atlas Corpn | 44,947.81 | 23,597.32 |
| Oliver Grp - Pumps for RO water, boiler water and mix room | Oliver Corpn | 61,312.86 | 32,189.28 |
| CED Elect - Electrical switchgear for factory | CED Corpn | 13,701.58 | 7,193.32 |
| A&H Elect - Electrical work for grounding and Casting and RO machine power | A&H Corpn | 64,727.81 | 33,982.01 |
| Ram Mechanical - Factory utilities and mix room installation part payment | Ram Corpn | 130,000.00 | 68,250.19 |
| Emerson - Gas regulators for all gas lines in factory | Emerson | 17,847.39 | 9,369.78 |
| Gowan - Factory ductwork progress payment | Gowan | 75,000.00 | 39,375.00 |
| Transmitter Shop - Instumentation for mix room | Transmitter Shop | 63,674.76 | 33,429.42 |
| Ram Mechanical - Factory installation progress payment | Ram Mechanical | 130,000.00 | 68,250.19 |
| Allied Fire - Fire system final payment | Allied Fire | 1,299.00 | 681.69 |
| ConQuip - Final payment for membrane handing roll cart | ConQuip | 4,800.00 | 2,520.00 |
| Ram Mechanical - Factory installation progress payment | Ram Mechanical | 182,500.00 | 95,812.69 |
| Performance Insulation - Wall penetration insulation | Performance Insulation | 1,162.30 | 609.97 |
| Wingo - Solenoid valves for mix room | Wingo | 8,736.61 | 4,586.44 |
| Equipment Solutions - pH meters | Equipment Solutions | 3,998.00 | 2,098.76 |
| DMV - Freight for slitting machine | DMV | 1,287.52 | 675.91 |
| Transmitter Shop - Instruments for mix room | Transmitter Shop | 1,681.23 | 882.66 |
| Oliver Pump - Small RO water pump | Oliver Pump | 6,050.27 | 3,176.33 |
| CED - Electric starters for factory | CED | 4,454.49 | 2,338.65 |
| Precision Guage - Level switches for mix room | Precision Guage | 3,692.23 | 1,938.34 |
| Puffer Sweiven - Flow indicators for mix room | Puffer Sweiven | 4,909.14 | 2,577.27 |
| Wingo - Mix room PLC progress payment | Wingo | 28,623.55 | 15,027.34 |
| CMO - PSF hopper for mix room | CMO | 1,607.00 | 843.77 |
| Gowan - Ductwork | Gowan | 44,760.00 | 23,499.00 |
| Tann - Final payment for RTO | Tann | 38,640.00 | 20,286.00 |
| McMaster Carr - Tubes and fittings | McMaster Carr | 1,388.92 | 729.43 |

| | | | |
|---|---|---|---|
| Fischer Controls - Temperature control valves for mix room | Fischer Controls | 48,915.83 | 25,680.92 |
| Ram Mechanical - Mechanical conttractor | Ram Mechanical | 166,522.21 | 87,423.88 |
| Wingo - Plant automation | Wingo | 32,630.60 | 17,131.16 |
| Puffer Sweiven - Safety valves for mix room | Puffer Sweiven | 21,542.40 | 11,309.76 |
| Performance Insulation - Process insulation | Performance Insulation | 2,280.00 | 1,197.00 |
| Performance Insulation - Process insulation | Performance Insulation | 9,277.00 | 4,870.33 |
| Texas Process Equipment - plant consturction | Texas Process Equipment | 2,774.91 | 1,457.07 |
| Shimadzu - TOC monitor | Shimadzu | 18,035.32 | 9,468.79 |
| Atlas Copco - air knife compressed air pipe work | Atlas Copco | 17,118.26 | 8,987.21 |
| Master Carr - fittings | Master Carr | 5,792.12 | 3,040.73 |
| Wingo - Automation PLC | Wingo | 45,000.00 | 23,625.00 |
| Performance Insulation - Pipe insulation | Performance Insulation | 19,366.00 | 10,167.34 |
| Wingo Services - Solenoid Valves for Mix Room | Wingo Services | 3,140.44 | 1,648.75 |
| Chemic Engineering - Engineering Design for Safety Valves and Review of Pl | Chemic Engineering | 9,574.50 | 5,026.47 |
| Fisher Controls - Control Valves for Mixing Room Balance of Payment | Fisher Controls | 12,573.48 | 6,601.02 |
| Ram Mechanical - MEP Installation Work Progress Payment for Factory | Ram Mechanical | 180,773.43 | 94,905.78 |
| A&H Electrical - Electrical Work for Factory | A&H Electrical | 183,380.27 | 96,274.58 |
| Wingo Services - Final Payment for PLC Mix Room | Wingo Services | 5,298.84 | 2,781.72 |
| Performance Insulation - Factory Pipework Insulation Progress Payment | Performance Insulation | 49,560.00 | 26,019.00 |
| McMaster Carr - Fittings for Casting Machine | McMaster Carr | 1,284.83 | 674.36 |
| Sav on Fence - Fencing for Factory Final Payment | Sav on Fence | 4,000.00 | 2,100.19 |
| Gowan - Ductwork for Factory Final Paymernt | Gowan | 1,804.00 | 947.29 |
| | | | – |
| Performance Insulation - Insulation of coating machine hot water pipework | Performance Insulation | 17,170.00 | 9,014.44 |
| Wood Group - MEP Engineering for factory installation final payment | Wood Group | 157,810.00 | 82,850.44 |
| Duty Refund for Wuxi Machines | | -84,897.88 | -44,571.52 |
| Final 10% payment for QC vision system | | 8,750.00 | 4,593.56 |
| Ram Mechanical - Installation work in factory | Ram Mechanical | 158,946.80 | 83,446.88 |
| Ram Mechanical - Installation work in factory | Ram Mechanical | 10,152.66 | 5,329.89 |
| Double & Co - Tanks for factory | Double & Co | 2,092.82 | 1,098.74 |
| Anchor Box - Warehouse racking | Anchor Box | 3,759.81 | 1,974.00 |
| AMI - Membrane Test Unit | AMI | 1,350.00 | 708.75 |
| Anchor Box - Refund for Warehouse Racks cancelled order | Anchor Box | -3,759.31 | -1,973.50 |
| Wingo - Replacement LEL Meter | Wingo | 2,072.99 | 1,088.60 |
| Massey Rack - Warehouse Racking | Massey Rack | 2,657.54 | 1,394.99 |
| L&S - Membrane Handling Racks | L&S | 5,488.00 | 2,881.39 |
| Shimadzu - UV Analyser for Lab | Shimadzu | 11,596.81 | 6,088.33 |
| CED - Valves | CED | 5,607.36 | 2,943.75 |
| Conquip - RO roll handler | Conquip | 4,800.00 | 2,520.00 |
| Tank Depot Waste Water and RO Water Tanks - Equipment for 3655 Pollok Dri | Tank Depot | 25,955.01 | 13,626.48 |
| Allied Fire - 50% deposit Fire System | Allied Fire | 6,495.00 | 3,409.59 |
| Coating Tech - New slot die | Coating Tech | 8,547.60 | 4,487.49 |
| Coating Tech - New slot die | Coating Tech | 14,246.00 | 7,478.96 |
| Coating Tech - Slot die shim | Coating Tech | 1,054.00 | 553.54 |
| Wingo - Final payment for mix room automation | Wingo | 23,356.19 | 12,262.28 |
| Kunshan Yidao Machinery - Deposit for re-scolling machine | Kunshan Yidao Machinery | 2,913.00 | 1,529.04 |
| Re-scolling machine | | 2,140.00 | 1,123.69 |
| Membrane Roll Carts | L&S Fabricating | 6,987.00 | 3,667.89 |
| | | – | – |

| Final payment for mix room automation | Wingo | 15,858.76 | 8,722.12 |
|---|---|---|---|
| Casting machine and import cost | | 65,893.11 | 37,888.50 |
| Duties for RO and casting machine | | 95,501.27 | 54,913.43 |
| | | – | – |
| RO Machine | AMI | 11,905.26 | 7,738.44 |
| | | | |

**Fill in this information to identify the case:**

Debtor name __Memstar USA, Inc.__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
Amerisource

Describe debtor's property that is subject to a lien
3055 Pollock Dr. 10 acres

$ 3,200,000.00     $ 0.00

Creditor's mailing address

7225 Langtry Street
Houston, TX 77040

Describe the lien
Deed of Trust Lien, 3055 Pollock Dr. 10 acres

Creditor's email address, if known
kwilson@amerisource.us.com

Is the creditor an insider or related party?

■ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Montgomery County Tax Office

Describe debtor's property that is subject to a lien

$109,835.01     $0.00

Creditor's mailing address
400 N. San Jacinto St.
Conroe, TX 77301

Describe the lien

Creditor's email address, if known
_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number __2800__

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,724,018.11

Debtor   Memstar USA, Inc.
_____
Name

Case number *(if known)*_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3 Creditor's name
Synder TX, Inc.

**Creditor's mailing address**

19720 Aldine Westfield Rd.

Humble, TX 77338

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Synder TX, Inc. advanced $350,000 against the purchase price to be paid to purchase business

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$350,000.00     $8,250,000.00

### 2.4 Creditor's name
Tammy J McRae (Montgomery County Property Tax Office)

**Creditor's mailing address**

400 N. San Jacinto St.

Conroe, TX 77301

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** 9000

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$64,183.10     $ 0.00

Debtor    Memstar USA, Inc.
          _____
          Name

Case number (*if known*)_____

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Memstar USA, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number<br>(If known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Alan S. Hernandez<br>3547 Cannon Drive<br>Conroe, TX 77301 | **As of the petition filing date, the claim is:** $ 880.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  ) |  |  |
| **2.2** | **Priority creditor's name and mailing address**<br>Alfred H. Everson III<br>23198 Loop 494,<br>Site 15<br>Porter, TX 77365 | **As of the petition filing date, the claim is:** $ 1,346.15<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  ) |  |  |
| ■ | **Priority creditor's name and mailing address**<br>Bhasker Dave<br>2441 W Bramlet Drive<br>Conroe, TX 77304 | **As of the petition filing date, the claim is:** $ 3,661.54<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  ) |  |  |

Debtor  Memstar USA, Inc.
          Name

Case number *(if known)*_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4** **Priority creditor's name and mailing address**

Blake Restivo
6485 Pine Shadows Road
Cleveland, TX 77328

$730.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.5** **Priority creditor's name and mailing address**

Brian D. Lucas
1415 Las Cuevas Drive
Conroe, TX 77301

$680.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.6** **Priority creditor's name and mailing address**

Christopher A. Drake
1219 Pecan Drive
Houston, TX 77073

$840.00    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.7** **Priority creditor's name and mailing address**

Clyde R. Williams
1910 Willow Wisp Lane
Spring, TX 77388

$1,310.40    $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor   Memstar USA, Inc.
_____   Case number (if known)_____
Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |

---

**2.8**  **Priority creditor's name and mailing address**
Cody A. Barta
1331 Lehman Street
Houston, TX 77018

$ 880.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.9**  **Priority creditor's name and mailing address**
Daniel M. Andrews
10472 River Ridge Lane
Conroe, TX 77304

$ 840.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.10**  **Priority creditor's name and mailing address**
Emmanuel Mejia
1420 20 1/2 St
Apt 205
Huntsville, TX 77340

$ 680.00     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.11**  **Priority creditor's name and mailing address**
Hisao Hachisuka
3720 College Park Dr Apt 13306
Conroe, TX 77384

$ 3,473.07     $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Memstar USA, Inc.
            _____
            Name                                          Case number *(if known)* _____

| Part 1. | Additional Page |
|---------|-----------------|

| **Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | **Total claim** | **Priority amount** |
|---|---|---|

**2. 12  Priority creditor's name and mailing address**
James C. Butler
4123 Bassingha
Kingwood, TX 77339

$ 1,784.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2. 13  Priority creditor's name and mailing address**
James E. Johnson
115 CR 3770
Cleveland, TX 77327

$ 1,050.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2. 14  Priority creditor's name and mailing address**
Johnny Randall
1958 Briar Grove Drive
Conroe, TX 77301

$ 1,310.40          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2. 15  Priority creditor's name and mailing address**
Justin Simmons
14669 Forest Tower Ct
Conroe, TX 77306

$ 680.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___Memstar USA, Inc._____    Case number (if known)_____
           Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** **Priority creditor's name and mailing address**

Margit Schafer
515 Cypress Valley Avenue
Montgomery, TX 77316

$ 760.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.17** **Priority creditor's name and mailing address**

Mayra Acevedo
2086 Porter Rd
Apt 10306
Conroe, TX 77301

$ 800.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.18** **Priority creditor's name and mailing address**

Nicholas B. Scott
11393 Newton Circle
Conroe, TX 77303

$ 680.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.19** **Priority creditor's name and mailing address**

Shuangshuang Wang
268 Dove Meadow Drive
Conroe, TX 77384

$ 1,250.00          $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor    Memstar USA, Inc.
          _____          Case number *(if known)* _____
          Name

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| **Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | | |

---

**2. 20   Priority creditor's name and mailing address**
Solomon C. Saunders
13975 Katlin Rd
Conroe, TX 77306

Total claim: $ 680.00                Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2. 21   Priority creditor's name and mailing address**
Zhuohao Chen
2415 Garde Falls Drive
Conroe, TX 77384

Total claim: $ 1,576.00              Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.___   Priority creditor's name and mailing address**

Total claim: $ _____             Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

**2.___   Priority creditor's name and mailing address**

Total claim: $ _____             Priority amount: $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

Debtor  Memstar USA, Inc.
Name

Case number *(if known)*

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
PO Box 734671
Dallas, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Suppliers or Vendors

$ 261.62

Date or dates debt was incurred
Last 4 digits of account number    1660

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Airgroup Corporation
PO Box 844722
Dallas, TX 75284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Suppliers or Vendors

$ 1,534.27

Date or dates debt was incurred
Last 4 digits of account number    2625

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Alan Hernandez
3547 Cannon Drive
Conroe, TX 77301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Unpaid Wages

$ 5,000.00

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Allied Fire Protection LP
2003 Mykawa Road
Pearland, TX 77581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Suppliers or Vendors

$ 6,830.58

Date or dates debt was incurred
Last 4 digits of account number    STAR

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
American Water Chemicals
1802 Corporate Center Ln
Plant City, FL 33563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Suppliers or Vendors

$ 299.54

Date or dates debt was incurred
Last 4 digits of account number    0542

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
Aquariaus Membrance
2441 W. Bramlet Drive
Conroe, TX 77304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Shareholder

$ 305,994.00

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Debtor Memstar USA, Inc.
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

BASF Corporation
29492 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number __5200__

Is the claim subject to offset?
☑ No
☐ Yes

$ 81,540.00

---

**3.8** Nonpriority creditor's name and mailing address

Bhasker Dave
2441 W. Bramlet Drive
Conroe, TX 77304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 536,139.00

---

**3.9** Nonpriority creditor's name and mailing address

Bhasker Dave
2441 W. Bramlet Drive
Conroe, TX 77304

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Expenses

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 91,000.00

---

**3.10** Nonpriority creditor's name and mailing address

Brenntag Southwest Inc
PO Box 843376
Dallas, TX 75284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number __0304__

Is the claim subject to offset?
☑ No
☐ Yes

$ 19,807.00

---

**3.11** Nonpriority creditor's name and mailing address

Brenntag Southwest, Inc

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,160.00

---

Debtor  Memstar USA, Inc.

Name _____  Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

Brett Andrews
10472 River Ridge Lane
Conroe, TX 77304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unpaid Wages

$ 292,605.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.13** Nonpriority creditor's name and mailing address

Brett Andrews
10472 River Ridge Lane
Conroe, TX 77304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unpaid Expenses

$ 14,500.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.14** Nonpriority creditor's name and mailing address

Bright Sol Tech
4228 Hampshire Lane
El Paso, TX 79902

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 909.30

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number STAR_____

**3.15** Nonpriority creditor's name and mailing address

CCT Environmental LLC
PO Box 1456
La Porte, TX 77572

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 18,908.13

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.16** Nonpriority creditor's name and mailing address

Citic Envirotech Private Ltd.
#01-01 The Alpha, 10, Science Park Road`
Singapore 117684

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Shareholder

$ 3,963,221.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Memstar USA, Inc.
          Name                                                          Case number *(if known)*_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.17**  Nonpriority creditor's name and mailing address

Citic Envirotech Private Ltd.
#01-01 The Alpha, 10, Science Park Road`
Singapore, Singapore 117684

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Building Loan

$ 617,677.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18**  Nonpriority creditor's name and mailing address

Clyde Williams
1910 Willow Wisp Lane
Spring, TX 77388

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

$ 25,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19**  Nonpriority creditor's name and mailing address

Community Coffee Company LLC
PO Box 679510
Dallas, TX 75267

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 230.32

Date or dates debt was incurred    _____

Last 4 digits of account number    1543

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20**  Nonpriority creditor's name and mailing address

Conroe Welding Supply
415 S Frazier St
Conroe, TX 77301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 670.38

Date or dates debt was incurred    _____

Last 4 digits of account number    3205

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21**  Nonpriority creditor's name and mailing address

Delstar Technologies
PO Box 74008389
Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 75,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    3434

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   Memstar USA, Inc.                                    Case number *(if known)*
         Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** **22**  **Nonpriority creditor's name and mailing address**

Family & Friends Cleaning Svc.
1029 Hwy 6 N, Ste 650-196
Houston, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number   4186

$ 531.51

---

**3.** **23**  **Nonpriority creditor's name and mailing address**

General Packaging Corporation
200 E. Arapaho Road
Richardson, TX 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number   1798

$ 2,496.00

---

**3.** **24**  **Nonpriority creditor's name and mailing address**

Hailin Ge
Block 11, #05-26, Skywoods, Dairy Farm Heights
Singapore, Singapore 677661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholders

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number   _____

$ 122,397.00

---

**3.** **25**  **Nonpriority creditor's name and mailing address**

Hisao Hachisuka
3720 College Park Dr Apt 13306
Conroe, TX 77384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Expenses

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number   _____

$ 13,513.00

---

**3.** **26**  **Nonpriority creditor's name and mailing address**

Hisao Hachisuka
3720 College Park Dr Apt 13306
Conroe, TX 77384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number   _____

$ 128,692.00

---

| Debtor | Memstar USA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

James Casey Butler
4123 Bassingham Dr
Humble, TX 77339

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 30,000.00

---

**3.28  Nonpriority creditor's name and mailing address**

John Randall
1958 Briar Grove Dr
Conroe, TX 77301

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 25,000.00

---

**3.29  Nonpriority creditor's name and mailing address**

Legacy Paper & Packaging
PO Box 62407
Houston, TX 77205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number 2655

$ 2,208.94

---

**3.30  Nonpriority creditor's name and mailing address**

McLogan Supply Co., Inc.
21051 Superior Street
Chatsworth, CA 91311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number M003

$ 573.25

---

**3.31  Nonpriority creditor's name and mailing address**

McMaster Carr
PO Box 7690
Chicago, IL 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 258.12

---

Debtor    Memstar USA, Inc.
_____    Case number (if known) _____
Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.32** Nonpriority creditor's name and mailing address

Miki Sangyo (USA) Inc.
400 Interplace Parkway
Parsippany, NJ 07054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 18,920.00

---

**3.33** Nonpriority creditor's name and mailing address

Morris Pest Control
14888 Highway 105 West, Ste 208
Montgomery, TX 77356

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 378.88

---

**3.34** Nonpriority creditor's name and mailing address

NWDLS
130 S. Trade Center Pkway
Suite 100
Conroe, TX 77385

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   STAR

$ 1,417.28

---

**3.35** Nonpriority creditor's name and mailing address

OStekk Corporation
15923 Hermitage Oaks Drive
Tomball, TX 77377

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   STAR

$ 181.86

---

**3.36** Nonpriority creditor's name and mailing address

Republic Services 853
PO Box 677156
Dallas, TX 75267

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number   6509

$ 653.15

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Memstar USA, Inc.
          Name                                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37  **Nonpriority creditor's name and mailing address**

Sigma Aldrich
PO Box 734283
Chicago, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,078.60

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  3608

---

**3.** 38  **Nonpriority creditor's name and mailing address**

Tentok Corporation
264 Tenma Fuji
Shizuoka, Japan 419-0205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 202,319.41

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  JPJT

---

**3.** 39  **Nonpriority creditor's name and mailing address**

ULINE
PO Box 88741
Chicago, IL 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,377.94

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2725

---

**3.** 40  **Nonpriority creditor's name and mailing address**

Univar Solutions
62190 Collections Center Drive
Chicago, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25,215.10

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1550

---

**3.** 41  **Nonpriority creditor's name and mailing address**

Wingo Services
11173 Cox Road
Conroe, TX 77385

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,803.00

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  STAR

---

Debtor  Memstar USA, Inc.
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.** 42  Nonpriority creditor's name and mailing address

YuCheng Lin
65 Andrew Road
Singapore, Singapore 299983

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shareholder

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 122,397.00

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
— No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ _____

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ _____

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ _____

---

**3.____**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ _____

Debtor  Memstar USA, Inc.                              Case number (if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 25,891.56 |
| 5b. **Total claims from Part 2** | 5b. + | $ 6,797,699.18 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,823,590.74 |

---

**Fill in this information to identify the case:**

Debtor name ___Memstar USA, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____     Chapter ___11___

---

◯ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 　　　　　　　　12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ◯ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Internet <br><br> Consolidated  Communications <br> PO Box 66523 <br> Saint Louis, MO, 63166 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Utility-Gas <br><br> CenterPoint <br> PO Box 4981 <br> Houston, TX, 77210 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Alarm System <br><br> Mesa Alarm Systems, Inc. <br> 12819 Trinity Drive <br> Stafford, TX, 77477 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | MS Office Solutions <br><br> Microsoft Corporation <br> One Microsoft Way <br> Redmond, WA, 98052 |
| State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br> List the contract number of any government contract | Solid Waste <br><br> Republic Services 853 <br> PO Box 677156 <br> Dallas, TX, 75267 |

Debtor   Memstar USA, Inc.
         _____
         Name

Case number (*if known*)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number o any government contract** | Utility: Electric Power <br><br> Entergy <br> PO Box 8104 <br> Baton Rouge, LA, 70891 |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Insurance <br><br> Liberty Mutual Insurance <br> PO Box 88766 <br> Chicago, IL, 60680 |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Utility: Water and Wastewater <br><br> City of Conroe <br> 401 Sgt Ed Holcomb Blvd N <br> Conroe, TX, 77304 |
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Coffee <br><br> Community Coffee Company, LLC <br> PO Box 679510 <br> Dallas, TX, 75267 |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Memstar USA Representation Agreement <br><br> Memstar Pte, Ltd. <br> 11 Kian Teck Dr. <br> Singapore, 628828 |
| 2.11 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Janitorial <br><br> Family & Friends Cleaning Service <br> 1029 Hwy 6 N, Ste 650-196 <br> Houston, TX, 77079 |
| 2.12 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | IT and VOIP Phone <br><br> OStekk Corporation <br> 15923 Hermitage Oaks Drive <br> Tomball, TX, 77377 |

Debtor     Memstar USA, Inc.
           _____
           Name

Case number (*if known*)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13** **State what the contract or lease is for and the nature of the debtor's interest** — Expense Report Payment

**State the term remaining**

**List the contract number o any government contract**

Concur Technologies Inc.
62157 Collections Center Drive
Chicago, IL, 60693

---

**2.14** **State what the contract or lease is for and the nature of the debtor's interest** — Pest Control

**State the term remaining**

**List the contract number of any government contract**

Morris Pest Control
14888 Highway 105 West, Ste 208
Montgomery, TX, 77356

---

**2.15** **State what the contract or lease is for and the nature of the debtor's interest** — Lawn Care

**State the term remaining**

**List the contract number of any government contract**

Silvia Padilla
126 Nottingham Lane
Conroe, TX, 77301

---

**2.___** **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**2.___** **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**2.___** **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

**2.___** **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of _3_

**Fill in this information to identify the case:**

Debtor name    Memstar USA, Inc.

United States Bankruptcy Court for the:  Southern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From 01/01/2025 to Filing date | ☑ Operating a business<br>☐ Other | $ 450,800.00 |
| **For prior year:** From 01/01/2024 to 12/31/2024 | ☑ Operating a business<br>☐ Other | $ 3,162,320.00 |
| **For the year before that:** From 01/01/2023 to 12/31/2023 | ☑ Operating a business<br>☐ Other | $ 5,584,400.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From 01/01/2025 to Filing date | | $ |
| **For prior year:** From 01/01/2024 to 12/31/2024 | Commission for UF/MBR sales outsid China | 1,306,591.00 |
| **For the year before that:** From 01/01/2023 to 12/31/2023 | Commission for UF/MBR sales outsid China | 1,740,472.00 |

Debtor   Memstar USA, Inc.                                        Case number (if known)_____
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|--------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|      | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|------|------------------------------|-------|------------------------|-----------------------------------------------------------|
| 3.1. | *See Attached<br>Creditor's name |       | $ 0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | <br>Creditor's name |       | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|      | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|------|-----------------------------|-------|------------------------|----------------------------------|
| 4.1. | Hisao Hachisuka<br>Insider's name<br>3720 College Park Dr, Apt. 13306<br>Conroe, TX 77384<br><br>Relationship to debtor |       | $ 175,953.40 |       |
| 4.2. | Bhasker Dave<br>Insider's name<br>2441 W Bramlet Dr<br>Conroe, TX 77304<br><br>Relationship to debtor |       | $ 172,865.56 |       |

Debtor    Memstar USA, Inc.
_____    Case number *(if known)*_____
          Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

| Part 3: | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |
| **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Case number**<br>_____ | | | |

---

Debtor    Memstar USA, Inc.                                                    Case number (if known)_____
          Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $_____ |
| | **Case title** | **Court name and address** |
| | _____ | _____ Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

<div style="background:black;color:white">**Part 4:**</div>    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
    of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** _____ | | | |

<div style="background:black;color:white">**Part 5:**</div>    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor    Memstar USA, Inc.
_____    Case number (if known)_____
          Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Dykema | | 02/06/2025 | $ 51,738.00 |
| | **Address** | | | |
| | 1401 McKinney Street Ste 1625 Houston, TX 77010 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 5

Debtor    Memstar USA, Inc.
          _____    Case number *(if known)*_____
          Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    Memstar USA, Inc.
          _____            Case number *(if known)*_____
          Name

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

        Has the plan been terminated?

        ☐ No

        ☐ Yes

Debtor    Memstar USA, Inc.
_____
          Name

Case number (if known)_____

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

Debtor    Memstar USA, Inc.
          _____    Case number *(if known)*_____
          Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

◻ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

◻ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

◻ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
◻ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ◻ Pending |
| **Case number** | Name | | ◻ On appeal |
| _____ | | | ◻ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
◻ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Debtor   Memstar USA, Inc.
_____     Case number (if known) _____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.2. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.3. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |

---

Debtor   Memstar USA, Inc.
_____
Name

Case number (if known)_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Fred Everson<br>Name<br>3655 Pollock Dr., Conroe, TX 77303 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Andrea Allred CPA<br>Name<br>600 Riverpointe Dr., Ste 201, Conroe, TX 77304 | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Andrea Allred CPA<br>Name<br>600 Riverpointe Dr., Ste 201, Conroe, TX 77304 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. Fred Everson<br>Name<br>3655 Pollock Dr., Conroe, TX 77303 | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Andrea Allred CPA<br>Name<br>600 Riverpointe Dr., Ste 201, Conroe, TX 77304 | |

---

Debtor    Memstar USA, Inc.
          _____          Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    Fred Everson
          _____
          Name
          3655 Pollock Dr., Conroe, TX 77303

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    Citic Envirotech Private Ltd
          _____
          Name
          #01-01 The Alpha, 10, Science Park Road, Singapore, 117684

| Name and address |
|---|

26d.2.    AmeriSource
          _____
          Name
          7225 Langtry Street, Houston, TX 77040

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.    _____
         Name

Debtor      Memstar USA, Inc.                                          Case number (if known)_____
            Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.   _____
        Name

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bhasker Dave | 2441 W. Bramlet Drive, Conroe, TX 77304 | CEO | |
| Brett Andrews | 10472 River Ridge Lane, Conroe, TX 77304 | Chairman | |
| Hisao Hachisuka | 3720 College Park Dr Apt 13306, The Woodlands, TX 77384 | CIO | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dr. Chong Weng Chiew | 50 Berwick Drive , Singapore 559929 | Board Member | _____ To _01/01/202_5 |
| Wang Song | 5, Guanghuaxili, Dongdaqiao Road, Chaoyang District, Beijing, China,100020 | Board Member | _____ To _01/23/202_5 |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor _____ | | _____ | |
| | | _____ | |

Debtor  Memstar USA, Inc.                                          Case number (*if known*)_____
_____
Name

|  | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name | | |
| | | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/07/2025
                    MM  / DD  / YYYY

✗ /s/ Bhasker Dave                                    Printed name  Bhasker Dave
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  CEO and Board Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

| Creditor's Name: | Total Amout: |
| --- | --- |
| Aries Freight Systems LP | $7,57731 |
| Brenntag Southwest Inc. | $47,804.00 |
| CCT Environmental LLC | $6,775.17 |
| CCT Environmental LLC | $11,827.20 |
| JiNan Jin Bang Chemical Co., LTD. | $7,950.00 |
| Liberty Mutual Insurance | $13,837.16 |
| Tentok Paper Co., LTD | $104,393.56 |
| Univar Solutions | $72,266.11 |

**Fill in this information to identify the case:**

Debtor name ___Memstar USA, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____

○ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

○ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ○ D<br>○ E/F<br>○ G |
| 2.2 | | | ○ D<br>○ E/F<br>○ G |
| 2.3 | | | ○ D<br>○ E/F<br>○ G |
| 2.4 | | | ○ D<br>○ E/F<br>○ G |
| 2.5 | | | ○ D<br>○ E/F<br>○ G |
| | | | ○ D<br>○ E/F<br>○ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name    Memstar USA, Inc.

United States Bankruptcy Court for the:    Southern District of Texas

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/07/2025      ✖ /s/ Bhasker Dave
         MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                Bhasker Dave
                                Printed name

                                CEO and Board Member
                                Position or relationship to debtor

Airgas USA, LLC
PO Box 734671
Dallas, TX 75373

Airgroup Corporation
PO Box 844722
Dallas, TX 75284

Alan Hernandez
3547 Cannon Drive
Conroe, TX 77301

Alan S. Hernandez
3547 Cannon Drive
Conroe, TX 77301

Alfred H. Everson III
23198 Loop 494,
Site 15
Porter, TX 77365

Allied Fire Protection LP
2003 Mykawa Road
Pearland, TX 77581

American Water Chemicals
1802 Corporate Center Ln
Plant City, FL 33563

Amerisourse
7225 Langtry Street
Houston, TX 77040

Aquariaus Membrance
2441 W. Bramlet Drive
Conroe, TX 77304

BASF Corporation
29492 Network Place
Chicago, IL 60673

Bhasker Dave
2441 W Bramlet Drive
Conroe, TX 77304

Bhasker Dave
2441 W. Bramlet Drive
Conroe, TX 77304

Blake Restivo
6485 Pine Shadows Road
Cleveland, TX 77328

Brenntag Southwest Inc
PO Box 843376
Dallas, TX 75284

Brenntag Southwest, Inc

Brett Andrews
10472 River Ridge Lane
Conroe, TX 77304

Brian D. Lucas
1415 Las Cuevas Drive
Conroe, TX 77301

Bright Sol Tech
4228 Hampshire Lane
El Paso, TX 79902

CCT Environmental LLC
PO Box 1456
La Porte, TX 77572

CenterPoint
PO Box 4981
Houston, TX 77210

Christopher A. Drake
1219 Pecan Drive
Houston, TX 77073

Citic Envirotech Private Ltd.
Singapore, 117684

Citic Envirotech Private Ltd.
Singapore, Singapore, 117684

City of Conroe
401 Sgt Ed Holcomb Blvd N
Conroe, TX 77304

Clyde R. Williams
1910 Willow Wisp Lane
Spring, TX 77388

Clyde Williams
1910 Willow Wisp Lane
Spring, TX 77388

Cody A. Barta
1331 Lehman Street
Houston, TX 77018

Community Coffee Company LLC
PO Box 679510
Dallas, TX 75267

Community Coffee Company, LLC
PO Box 679510
Dallas, TX 75267

Concur Technologies Inc.
62157 Collections Center Drive
Chicago, IL 60693

Conroe Welding Supply
415 S Frazier St
Conroe, TX 77301

Consolidated Communications
PO Box 66523
Saint Louis, MO 63166

Daniel M. Andrews
10472 River Ridge Lane
Conroe, TX 77304

Delstar Technologies
PO Box 74008389
Chicago, IL 60674

Emmanuel Mejia
1420 20 1/2 St
Apt 205
Huntsville, TX 77340

Entergy
PO Box 8104
Baton Rouge, LA 70891

Family & Friends Cleaning Service
1029 Hwy 6 N, Ste 650-196
Houston, TX 77079

Family & Friends Cleaning Svc.
1029 Hwy 6 N, Ste 650-196
Houston, TX 77079

General Packaging Corporation
200 E. Arapaho Road
Richardson, TX 75081

Hailin Ge
Block 11, #05-26, Skywoods, Dairy Farm H
Singapore, Singapore, 677661

Hisao Hachisuka
3720 College Park Dr Apt 13306
Conroe, TX 77384

James C. Butler
4123 Bassingha
Kingwood, TX 77339

James Casey Butler
4123 Bassingham Dr
Humble, TX 77339

James E. Johnson
115 CR 3770
Cleveland, TX 77327

John Randall
1958 Briar Grove Dr
Conroe, TX 77301

Johnny Randall
1958 Briar Grove Drive
Conroe, TX 77301

Justin Simmons
14669 Forest Tower Ct
Conroe, TX 77306

Legacy Paper & Packaging
PO Box 62407
Houston, TX 77205

Liberty Mutual Insurance
PO Box 88766
Chicago, IL 60680

Margit Schafer
515 Cypress Valley Avenue
Montgomery, TX 77316

Mayra Acevedo
2086 Porter Rd
Apt 10306
Conroe, TX 77301

McLogan Supply Co., Inc.
21051 Superior Street
Chatsworth, CA 91311

McMaster Carr
PO Box 7690
Chicago, IL 60680

Memstar Pte, Ltd.
11 Kian Teck Dr.
Singapore, 628828

Mesa Alarm Systems, Inc.
12819 Trinity Drive
Stafford, TX 77477

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

Miki Sangyo (USA) Inc.
400 Interplace Parkway
Parsippany, NJ 07054

Montgomery County Tax Office
400 N. San Jacinto St.
Conroe, TX 77301

Morris Pest Control
14888 Highway 105 West, Ste 208
Montgomery, TX 77356

Nicholas B. Scott
11393 Newton Circle
Conroe, TX 77303

NWDLS
130 S. Trade Center Pkway
Suite 100
Conroe, TX 77385

OStekk Corporation
15923 Hermitage Oaks Drive
Tomball, TX 77377

Republic Services 853
PO Box 677156
Dallas, TX 75267

Shuangshuang Wang
268 Dove Meadow Drive
Conroe, TX 77384

Sigma Aldrich
PO Box 734283
Chicago, IL 60673

Silvia Padilla
126 Nottingham Lane
Conroe, TX 77301

Solomon C. Saunders
13975 Katlin Rd
Conroe, TX 77306

Synder TX, Inc.
19720 Aldine Westfield Rd.
Humble, TX 77338

Tammy J McRae (Montgomery County Property Tax
400 N. San Jacinto St.
Conroe, TX 77301

Tentok Corporation
264 Tenma Fuji
Shizuoka, Japan, 419-0205

ULINE
PO Box 88741
Chicago, IL 60680

Univar Solutions
62190 Collections Center Drive
Chicago, IL 60693

Wingo Services
11173 Cox Road
Conroe, TX 77385

YuCheng Lin
65 Andrew Road
Singapore, Singapore, 299983


Zhuohao Chen
2415 Garde Falls Drive
Conroe, TX 77384