**Fill in this information to identify the case:**

Debtor name ___Memstar USA, Inc.___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): ___25-30764___

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tentok Corporation 264 Tenma Fuji Shizuoka, Japan, 419-0205 | 81-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 | Suppliers or Vendors | | | | 202,319.41 |
| 2 | BASF Corporation 29492 Network Place Chicago, IL, 60673 | 734-324-6000 | Suppliers or Vendors | | | | 81,540.00 |
| 3 | Delstar Technologies PO Box 74008389 Chicago, IL, 60674 | | Suppliers or Vendors | | | | 75,000.00 |
| 4 | Univar Solutions 62190 Collections Center Drive Chicago, IL, 60693 | 800-531-7106 johnny.abrego@univarsolutions.com | Suppliers or Vendors | | | | 25,215.10 |
| 5 | Brenntag Southwest Inc PO Box 843376 Dallas, TX, 75284 | | Suppliers or Vendors | | | | 25,160.00 |
| 6 | Miki Sangyo (USA) Inc. 400 Interplace Parkway Parsippany, NJ, 07054 | 973-263-4111 ytakayama@mikisangyo.com | Suppliers or Vendors | | | | 18,920.00 |
| 7 | CCT Environmental LLC PO Box 1456 La Porte, TX, 77572 | | Suppliers or Vendors | | | | 18,908.13 |
| 8 | Wingo Services 11173 Cox Road Conroe, TX, 77385 | 281-367-9990 mclark@wingocompanies.com | Suppliers or Vendors | | | | 10,803.00 |

Debtor  Memstar USA, Inc.
_____
Name

Case number (if known)  25-30764

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Allied Fire Protection LP 2003 Mykawa Road Pearland, TX, 77581 | 800-604-2600 | Suppliers or Vendors | | | | 6,830.58 |
| 10  Sigma Aldrich PO Box 734283 Chicago, IL, 60673 | 800-325-3010 cssorders@milliporesigma.com | Suppliers or Vendors | | | | 4,078.60 |
| 11  ULINE PO Box 88741 Chicago, IL, 60680 | 800-295-5510 | Suppliers or Vendors | | | | 3,377.94 |
| 12  General Packaging Corporation 200 E. Arapaho Road Richardson, TX, 75081 | James Br 214-300-1468 | Suppliers or Vendors | | | | 2,496.00 |
| 13  Legacy Paper & Packaging PO Box 62407 Houston, TX, 77205 | | Suppliers or Vendors | | | | 2,208.94 |
| 14  NWDLS 130 S. Trade Center Pkway Suite 100 Conroe, TX, 77385 | 936-321-6060 whitney@nwdls.com | Suppliers or Vendors | | | | 1,417.28 |
| 15  Brian D. Lucas 1415 Las Cuevas Drive Conroe, TX, 77301 | | Wages, Salaries, Commissions | | | | 1,332.38 |
| 16  Justin Simmons 14669 Forest Tower Ct Conroe, TX, 77306 | | Wages, Salaries, Commissions | | | | 1,296.25 |
| 17  Bright Sol Tech 4228 Hampshire Lane El Paso, TX, 79902 | | Suppliers or Vendors | | | | 909.30 |
| 18  Conroe Welding Supply 415 S Frazier St Conroe, TX, 77301 | | | | | | 670.38 |
| 19  McLogan Supply Co., Inc. 21051 Superior Street Chatsworth, CA, 91311 | 800-625-6426 JSILK@mclogan.com | Suppliers or Vendors | | | | 573.25 |
| 20  Family & Friends Cleaning Svc. 1029 Hwy 6 N, Ste 650-196 Houston, TX, 77079 | | Suppliers or Vendors | | | | 531.51 |

**Fill in this information to identify the case:**

Debtor name _Memstar USA, Inc._

United States Bankruptcy Court for the: _Southern District of Texas_

Case number (If known): _25-30764_

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2. Cash on hand**

$ 0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wood Forest National Bank | Checking | 1  2  4  7 | $ 302,000.00 |
| 3.2. | | | ___ ___ ___ ___ | $ |

**4. Other cash equivalents** *(Identify all)*

4.1. _____   $ _____

4.2. _____   $ _____

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 302,000.00

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____   $ _____

7.2. _____   $ _____

Debtor  Memstar USA, Inc.
Name

Case number (*if known*) 25-30764

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $ _____

8.2. _____   $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $ _____

**Part 3:  Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 11a. 90 days old or less: | 137,000.00 face amount | – | 0.00 doubtful or uncollectible accounts | = ........➔ | $ 137,000.00 |
| 11b. Over 90 days old: | 500,000.00 face amount | – | 0.00 doubtful or uncollectible accounts | = ........➔ | $ 500,000.00 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 637,000.00

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____  _____ %  _____  $ _____

15.2. _____  _____ %  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ _____

Debtor    Memstar USA, Inc.                                                    Case number (if known) 25-30764
          Name

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** Raw Materials | MM / DD / YYYY | $ | | $ 30,000.00 |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 30,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Memstar USA, Inc.
          Name
                                                        Case number (if known)  25-30764

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                              $ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office Furniture | $_____ | _____ | $ 25,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                              $ 25,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Memstar USA, Inc.                                      Case number (*if known*)   25-30764
_____
Name

| **Part 8:** | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1 Forklift | $ 5,397.32 | _____ | $ 2,000.00 |
| 47.2 Forklift | $ 3,937.50 | _____ | $ 2,000.00 |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
| --- | --- | --- | --- |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
| --- | --- | --- | --- |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 4,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Memstar USA, Inc.                                    Case number (if known) 25-30764
_____
Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  3655 Pollock Drive, Conroe, TX 77303<br>10 acre of land, 41,000 sq. ft. plant and 4,500 sq. ft. office | | $_____ | _____ | 7,500,000.00<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 7,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Formation/Composition of Membrane | $_____ | Est | 100,000.00<br>$_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 100,000.00

---

Debtor  Memstar USA, Inc.
       _____
       Name

Case number (if known) 25-30764

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____    0.00 _____ — 0.00 _____  = ➡  $ 0.00 _____
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   City of Conroe- Incentive _____   Tax year 2024 ____  $ 114,000.00 ____
   _____   Tax year _____  $ _____
   _____   Tax year _____  $ _____

73. **Interests in insurance policies or annuities**
   _____                     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                     $ _____
   Nature of claim      _____
   Amount requested     $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                     $ _____
   Nature of claim      _____
   Amount requested     $ _____

76. **Trusts, equitable or future interests in property**
   _____                     $ _____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership
   _____                     $ _____
   _____                     $ _____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                 | $ 114,000.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | Memstar USA, Inc. | | Case number (if known) | 25-30764 |
|---|---|---|---|---|
| | Name | | | |

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 302,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 637,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 4,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................➜ | | $ 7,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 100,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 114,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 1,212,000.00 | + 91b. $ 7,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .....................................................   8,712,000.00   $ 8,712,000.00

Fill in this information to identify the case:

| | |
|---|---|
| Debtor | Memstar USA, Inc. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (If known) | 25-30764 |

☑ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on **Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B) and on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alan S. Hernandez
3547 Cannon Drive
Conroe, TX 77301

As of the petition filing date, the claim is: $ 1,760.00     $ 1,760.00
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
01/26/2025

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.2** Priority creditor's name and mailing address
Alfred H. Everson III
23198 Loop 494,
Site 15
Porter, TX 77365

As of the petition filing date, the claim is: $ 2,692.31     $ 2,692.31
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
01/26/2025

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.3** Priority creditor's name and mailing address
Bhasker Dave
2441 W Bramlet Drive
Conroe, TX 77304

As of the petition filing date, the claim is: $ 7,707.70     $ 7,707.70
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
01/26/2025

Basis for the claim:
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor  Memstar USA, Inc.
        _____
        Name

Case number (if known) 25-30764

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4**

**Priority creditor's name and mailing address**
Blake Restivo
6485 Pine Shadows Road
Cleveland, TX 77328

$1,108.69    $1,108.69

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.5**

**Priority creditor's name and mailing address**
Brian D. Lucas
1415 Las Cuevas Drive
Conroe, TX 77301

$1,332.38    $1,332.38

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.6**

**Priority creditor's name and mailing address**
Christopher A. Drake
1219 Pecan Drive
Houston, TX 77073

$1,680.00    $1,680.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.7**

**Priority creditor's name and mailing address**
Clyde R. Williams
1910 Willow Wisp Lane
Spring, TX 77388

$2,620.80    $2,620.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor    Memstar USA, Inc.                                    Case number (if known) _____
          Name

| Part 1. | Additional Page |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.8** **Priority creditor's name and mailing address**
Cody A. Barta
1331 Lehman Street
Houston, TX 77018

Total claim: $1,760.00   Priority amount: $1,760.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.9** **Priority creditor's name and mailing address**
Daniel M. Andrews
10472 River Ridge Lane
Conroe, TX 77304

Total claim: $1,687.88   Priority amount: $1,687.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.10** **Priority creditor's name and mailing address**
Emmanuel Mejia
1420 20 1/2 St
Apt 205
Huntsville, TX 77340

Total claim: $1,360.00   Priority amount: $1,360.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.11** **Priority creditor's name and mailing address**
Hisao Hachisuka
3720 College Park Dr Apt 13306
Conroe, TX 77384

Total claim: $7,330.77   Priority amount: $7,330.77

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Wages, Salaries, Commissions

**Date or dates debt was incurred**
01/26/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| Debtor | Memsardus, Inc. | | Case number (if known) | 25-30764 |
|---|---|---|---|---|
| | Name | | | |

**Part 1.** **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.12** Priority creditor's name and mailing address
James C. Butler
4123 Bassingha
Kingwood, TX 77339

$ 3,569.23        $ 3,569.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.13** Priority creditor's name and mailing address
James E. Johnson
115 CR 3770
Cleveland, TX 77327

$ 2,100.00        $ 2,100.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.14** Priority creditor's name and mailing address
Johnny Randall
1958 Briar Grove Drive
Conroe, TX 77301

$ 2,620.80        $ 2,620.80

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.15** Priority creditor's name and mailing address
Justin Simmons
14669 Forest Tower Ct
Conroe, TX 77306

$ 1,296.25        $ 1,296.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

| Debtor | | |
| Memstar Credit, Inc. | | |
| Name | | |
| | Case number (if known) | 25-30764 |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.16**  Priority creditor's name and mailing address
Margit Schafer
515 Cypress Valley Avenue
Montgomery, TX 77316

Total claim: $ 1,515.25      Priority amount: $ 1,515.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Last 4 digits of account number** ___

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.17**  Priority creditor's name and mailing address
Mayra Acevedo
2086 Porter Rd
Apt 10306
Conroe, TX 77301

Total claim: $ 1,600.00      Priority amount: $ 1,600.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Last 4 digits of account number** ___

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.18**  Priority creditor's name and mailing address
Nicholas B. Scott
11393 Newton Circle
Conroe, TX 77303

Total claim: $ 1,173.00      Priority amount: $ 1,173.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Last 4 digits of account number** ___

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.19**  Priority creditor's name and mailing address
Shuangshuang Wang
268 Dove Meadow Drive
Conroe, TX 77384

Total claim: $ 2,500.00      Priority amount: $ 2,500.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Last 4 digits of account number** ___

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Debtor _____   Case number (if known) _____
Name

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.20** Priority creditor's name and mailing address
Solomon C. Saunders
13975 Katlin Rd
Conroe, TX 77306

$ 1,211.25    $ 1,211.25

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.21** Priority creditor's name and mailing address
Zhuohao Chen
2415 Garde Falls Drive
Conroe, TX 77384

$ 3,153.85    $ 3,153.85

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/26/2025

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.___** Priority creditor's name and mailing address

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

---

**2.___** Priority creditor's name and mailing address

$ _____    $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___)

---

Debtor _____

Member's Name

Case Number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Airgas USA, LLC
PO Box 734671
Dallas, TX 75373

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 261.62

Date or dates debt was incurred   _____

Last 4 digits of account number   1660

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Airgroup Corporation
PO Box 844722
Dallas, TX 75284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 1,534.27

Date or dates debt was incurred   _____

Last 4 digits of account number   2625

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Alan Hernandez
3547 Cannon Drive
Conroe, TX 77301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Unpaid Wages

$ 5,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Allied Fire Protection LP
2003 Mykawa Road
Pearland, TX 77581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 6,830.58

Date or dates debt was incurred   _____

Last 4 digits of account number   STAR

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
American Water Chemicals
1802 Corporate Center Ln
Plant City, FL 33563

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Suppliers or Vendors

$ 299.54

Date or dates debt was incurred   _____

Last 4 digits of account number   0542

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Aquarius Membrance
2441 W. Bramlet Drive
Conroe, TX 77304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**   Shareholder

$ 305,994.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   Memstar, LLC                                    Case number (if known) 25-30764
         Name

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   **Amount of claim**

---

**3.7**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $ 81,540.00
                                                              *Check all that apply.*

BASF Corporation                                             ☐ Contingent
29492 Network Place                                          ☐ Unliquidated
Chicago, IL 60673                                            ☐ Disputed

                                                            **Basis for the claim:** Suppliers or Vendors

                                                            **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   5200                      ☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $ 91,000.00
                                                              *Check all that apply.*

Bhasker Dave                                                 ☐ Contingent
2441 W. Bramlet Drive                                        ☐ Unliquidated
Conroe, TX 77304                                             ☐ Disputed

                                                            **Basis for the claim:** Unpaid Expenses

                                                            **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   _____            ☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $ 536,139.00
                                                              *Check all that apply.*

Bhasker Dave                                                 ☐ Contingent
2441 W. Bramlet Drive                                        ☐ Unliquidated
Conroe, TX 77304                                             ☐ Disputed

                                                            **Basis for the claim:** Unpaid Wages

                                                            **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   _____            ☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $ 25,160.00
                                                               *Check all that apply.*

Brenntag Southwest Inc                                        ☐ Contingent
PO Box 843376                                                 ☐ Unliquidated
Dallas, TX 75284                                              ☐ Disputed

                                                            **Basis for the claim:** Suppliers or Vendors

                                                            **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   0304                      ☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:**   $ 19,807.00
                                                               *Check all that apply.*

Brenntag Southwest Inc                                        ☐ Contingent
PO Box 843376                                                 ☐ Unliquidated
Dallas, TX 75284                                              ☐ Disputed

                                                            **Basis for the claim:** Suppliers or Vendors

                                                            **Is the claim subject to offset?**
Date or dates debt was incurred   _____            ☑ No
Last 4 digits of account number   0304                      ☐ Yes

---

Debtor _____    Case number (if known) _____
          Mems Brewing Co.
          Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

Brett Andrews
10472 River Ridge Lane
Conroe, TX 77304

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Unpaid Expenses

$ 14,500.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.13** Nonpriority creditor's name and mailing address

Brett Andrews
10472 River Ridge Lane
Conroe, TX 77304

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Unpaid Wages

$ 292,605.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.14** Nonpriority creditor's name and mailing address

Bright Sol Tech
4228 Hampshire Lane
El Paso, TX 79902

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Suppliers or Vendors

$ 909.30

Date or dates debt was incurred _____
Last 4 digits of account number    STAR

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.15** Nonpriority creditor's name and mailing address

CCT Environmental LLC
PO Box 1456
La Porte, TX 77572

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Suppliers or Vendors

$ 18,908.13

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.16** Nonpriority creditor's name and mailing address

Citic Envirotech Private Ltd.
#01-01 The Alpha, 10, Science Park Road'
Singapore 117684

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim: Building Loan

$ 3,963,221.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.17** | **Nonpriority creditor's name and mailing address**

Citic Envirotech Private Ltd.
#01-01 The Alpha, 10, Science Park Road`
Singapore 117684

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 617,677.00

**Basis for the claim:** Shareholder

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** | **Nonpriority creditor's name and mailing address**

Clyde Williams
1910 Willow Wisp Lane
Spring, TX 77388

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,000.00

**Basis for the claim:** Unpaid Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.19** | **Nonpriority creditor's name and mailing address**

Community Coffee Company LLC
PO Box 679510
Dallas, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 230.32

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    1543

---

**3.20** | **Nonpriority creditor's name and mailing address**

Conroe Welding Supply
415 S Frazier St
Conroe, TX 77301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 670.38

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    3205

---

**3.21** | **Nonpriority creditor's name and mailing address**

Delstar Technologies
PO Box 74008389
Chicago, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    3434

---

Debtor     Members Biosciences, LLC        Case number (if known) _____
         Name

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.22**   **Nonpriority creditor's name and mailing address**

Family & Friends Cleaning Svc.
1029 Hwy 6 N, Ste 650-196
Houston, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 531.51

Date or dates debt was incurred    _____

Last 4 digits of account number    4186

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**   **Nonpriority creditor's name and mailing address**

General Packaging Corporation
200 E. Arapaho Road
Richardson, TX 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,496.00

Date or dates debt was incurred    _____

Last 4 digits of account number    1798

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**   **Nonpriority creditor's name and mailing address**

Hailin Ge
Block 11, #05-26, Skywoods, Dairy Farm Heights
Singapore 677661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Shareholder

$ 122,397.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**   **Nonpriority creditor's name and mailing address**

Hisao Hachisuka
3720 College Park Dr Apt 13306
Conroe, TX 77384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

$ 128,692.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**   **Nonpriority creditor's name and mailing address**

Hisao Hachisuka
3720 College Park Dr Apt 13306
Conroe, TX 77384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Expenses

$ 13,513.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Memstar USA, Inc.
          Name

Case number (if known)  25-30764

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**  Nonpriority creditor's name and mailing address

James Casey Butler
4123 Bassingham Dr
Humble, TX 77339

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 30,000.00

---

**3.28**  Nonpriority creditor's name and mailing address

John Randall
1958 Briar Grove Dr
Conroe, TX 77301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unpaid Wages

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 25,000.00

---

**3.29**  Nonpriority creditor's name and mailing address

Legacy Paper & Packaging
PO Box 62407
Houston, TX 77205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    2655

$ 2,208.94

---

**3.30**  Nonpriority creditor's name and mailing address

McLogan Supply Co., Inc.
21051 Superior Street
Chatsworth, CA 91311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    M003

$ 573.25

---

**3.31**  Nonpriority creditor's name and mailing address

McMaster Carr
PO Box 7690
Chicago, IL 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 258.12

---

Debtor  Mems-arase Inc.  Case number (if known)  25-30764
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.32** **Nonpriority creditor's name and mailing address**

Miki Sangyo (USA) Inc.
400 Interplace Parkway
Parsippany, NJ 07054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,920.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**

Morris Pest Control
14888 Highway 105 West, Ste 208
Montgomery, TX 77356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 378.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

NWDLS
130 S. Trade Center Pkway
Suite 100
Conroe, TX 77385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,417.28

Date or dates debt was incurred _____

Last 4 digits of account number  STAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

OStekk Corporation
15923 Hermitage Oaks Drive
Tomball, TX 77377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 181.86

Date or dates debt was incurred _____

Last 4 digits of account number  STAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

OStekk Corporation
15923 Hermitage Oaks Drive
Tomball, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 181.86

Date or dates debt was incurred _____

Last 4 digits of account number  STAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Memstar USA, Inc.
Name

Case number (if known)  25-30764

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** 37   **Nonpriority creditor's name and mailing address**

Republic Services 853
PO Box 677156
Dallas, TX 75267

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  6509

$ 653.15

---

**3.** 38   **Nonpriority creditor's name and mailing address**

Sigma Aldrich
PO Box 734283
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  3608

$ 4,078.60

---

**3.** 39   **Nonpriority creditor's name and mailing address**

Tentok Corporation
264 Tenma Fuji
Shizuoka, Japan 419-0205

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  JP.JT

$ 202,319.41

---

**3.** 40   **Nonpriority creditor's name and mailing address**

ULINE
PO Box 88741
Chicago, IL 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  2725

$ 3,377.94

---

**3.** 41   **Nonpriority creditor's name and mailing address**

Univar Solutions
62190 Collections Center Drive
Chicago, IL 60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  1550

$ 25,215.10

---

Debtor _____
  Name

Member Matters LLC                                            Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** 42  **Nonpriority creditor's name and mailing address**

Wingo Services
11173 Cox Road
Conroe, TX 77385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,803.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    STAR

---

**3.** 43  **Nonpriority creditor's name and mailing address**

YuCheng Lin
65 Andrew Road
Singapore, Singapore 299983

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Shareholder

$ 122,397.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor  Mems@ US Ir [Name] [Name]                                      Case number (if known) 25-30764

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 51,780.16 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 6,797,881.04 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,849,661.20 |

Fill in this information to identify the case and this filing:

Debtor Name    Memstar USA, Inc.

United States Bankruptcy Court for the:  Southern District of Texas

Case number (if known):    25-30764

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

- ☐  *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

- ☑  *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

- ☐  *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

- ☐  *Schedule H: Codebtors (Official Form 206H)*

- ☐  *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

- ☑  *Amended Schedule* A/B, E/F

- ☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

- ☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/25/2025            **X** _____
　　　　　　　 MM / DD / YYYY              Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　 Bhasker Dave
　　　　　　　　　　　　　　　　　　 Printed name

　　　　　　　　　　　　　　　　　　 CEO and Board Member
　　　　　　　　　　　　　　　　　　 Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**